

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00217-CV

---

SCOTT A. MADEWELL, CRNA, APPELLANT

V.

SANDRA BREWER, APPELLEE

On Appeal from the 261st District Court
Travis County, Texas
Trial Court No. D-1-GN-21-006914, Honorable MadeleineConnor, Presiding

September 14, 2022

## ORDER OF ABATEMENT

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Scott A. Madewell, CRNA, filed this interlocutory appeal from the trial court's denial of his objections to an expert report and denial of his motion to dismiss a healthcare liability suit filed by Appellee, Sandra Brewer. Now pending before this Court is a *Joint Motion to Abate Appeal Pending Settlement.* By the motion, the parties represent they have reached a settlement but have yet to effectuate their agreement. They request an abatement until September 21, 2022. We grant the motion and abate the appeal. We suspend the operation of all applicable appellate deadlines. TEX. R. APP.

P. 2.  The case will be removed from our active docket and treated as a suspended case until further order of this Court.  *See* TEX. R. APP. P. 43.6.  *See also Mesa Water*, *L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2–3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam).  Should the parties fail to effectuate their settlement agreement by September 21, 2022, they are directed to file a status report with the Clerk of this Court no later than that date.

It is so ordered.

Per Curiam